UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WINDELYN VALDO SHOULDERBLADE, JR.,<br><br>Defendant. | CR-23-141-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED 29th day of January, 2024.

*Susan P. Watters*
Honorable Susan P. Watters
United States District Judge